

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00106-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA HOSPITAL - NEW BRAUNFELS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               H. Todd McCray, Justice

Delivered and Filed: February 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE; EMERGENCY MOTION FOR TEMPORARY STAY DENIED AS MOOT

On February 9, 2026, relator filed its petition for writ of mandamus and emergency motion for temporary stay challenging an alleged verbal order issued by the trial court on February 6, 2026. According to relator, the trial court's oral order required it to produce certain discovery that it claims are proprietary and confidential by the end of business on February 9, 2026. Relator does not include a copy of a written order, a transcript of the hearing, or the judge's notes from the hearing to evidence the order complained of as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k)(1)(B); *Id.* at 52.7(a).

---

[1]This proceeding arises out of Cause No. 2025-CI-03945, styled *Pierson v. Christus Health Care Corporation*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.

The requirements of mandamus dictate that the relator provide a sufficient record showing that they are entitled to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *In re Marty, Inc.*, No. 04-20-00067-CV, 2020 WL 557076, at *1 (Tex. App.—San Antonio Feb. 5, 2020, orig. proceeding). We may deny a petition for a writ of mandamus for an inadequate record alone. *See In re Blakeney*, 254 S.W.3d 659, 662 (Tex. App.—Texarkana 2008, orig. proceeding).

Having considered the petition for writ of mandamus, emergency motion for temporary stay, and the record provided, this court concludes that relator has not established that it is entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary stay is denied as moot.

PER CURIAM